UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
JOSEPH GONZALEZ,

      Plaintiff,

  -against-

CITYWIDE MOBILE RESPONSE CORP and
LAWRENCE FAWCETTE,

      Defendants.

------------------------------------------------------------ x

ORDER

20 Civ. 6881 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: APR 1 2 2021

GEORGE B. DANIELS, United States District Judge:

  This Court having been advised that the parties have reached a settlement in principle on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

  All conferences previously scheduled are adjourned *sine die*.

Dated: April 6, 2021
   New York, New York

               SO ORDERED.

               *George B. Daniels*
               GEORGE B. DANIELS
               United States District Judge